UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ANTHONY P. MIELE, III,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANKLIN RESOURCES, INC., et al.,<br><br>        Defendants. | Case No. 3:15-cv-00199-LB<br><br>**ORDER OF REFERRAL TO ADR PROGRAM** |

Given the disagreement about the ADR option, the court refers the matter to the ADR program for a call to discuss the right ADR process.

**IT IS SO ORDERED.**

Dated: October 28, 2015

_____
LAUREL BEELER
United States Magistrate Judge

3:15-cv-00199-LB-Referral Order