UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY P. MIELE, III<br><br>    Plaintiff,<br><br>    v.<br><br>FRANKLIN RESOURCES, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-00199-LB   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: January 26, 2016<br>Mediator: Hon. James Lambden |

IT IS HEREBY ORDERED that the request to excuse defendant Franklin Resources, Inc.'s six excess liability insurers from appearing in person at the January 26, 2016, mediation before Hon. James Lambden is GRANTED. The excused insurers' representatives shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: January 12, 2016

Maria-Elena James
United States Magistrate Judge