DAVID M. MAREK, ESQ (SBN 290686)
dmarek@liddlerobinson.com
JEFFREY L. LIDDLE, ESQ.
jliddle@liddlerobinson.com
HON. MELVIN L. SCHWEITZER (Ret).
mschweitzer@liddlerobinson.com
**LIDDLE & ROBINSON, L.L.P.**
800 Third Avenue, 8TH Floor
New York, New York 10022
Telephone:  (212) 687-8500
Facsimile:  (212) 687-1505

*Attorneys for Plaintiff Anthony P. Miele, III*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ANTHONY P. MIELE III,** | Case No. 3:15-cv-00199-LB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS DESIGNATED AS CONFIDENTIAL OR SUBJECT TO A PROTECTIVE ORDER** |
| v. | |
| **CHARLES B. JOHNSON and FRANKLIN RESOURCES, INC.,** | |
| Defendants. | Courtroom:   C, 15th Floor<br>Judge:            Hon. Laurel Beeler |

Plaintiff Anthony P. Miele III ("Plaintiff") filed an Administrative Motion to File Under Seal Documents Designated As Confidential Or Subject To A Protective Order on July 18, 2016. Upon consideration of the foregoing Administrative Motion, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that:

Plaintiff's administrative motion is GRANTED, and the following documents are to be and remain filed under seal pursuant to Civil Local Rule 79-5(b) and (e) as indicated below:

| Exhibit No. | Document Description | Portions to be Sealed |
|---|---|---|
| A | Excerpts from Deposition Transcript of Richard T. Hanrahan | Entire document |

**IT IS SO ORDERED.**

Dated: _July 26, 2016_

_____
Honorable Laurel Beeler
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS DESIGNATED AS CONFIDENTIAL OR SUBJECT TO A PROTECTIVE ORDER;
CASE NO. 3:15-CV-00199 LB